UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Roslyn Lunetta,
    Plaintiff

    v.                                       Civil No. 06-cv-442-SM

ACA Assurance, and
Henri Bersoux,
    Defendants

**RECUSAL ORDER**

Due to my former firm's representation of one of the defendants in this case, I am recusing myself.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 7, 2006

cc:  Randall E. Wilbert, Esq.
     Elizabeth A. Bailey, Esq.
     Steven J. Lauwers, Esq.
     Henri Bersoux, pro se
     Andrea K, Johnstone, Esq.