UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Roslyn Lunetta

    v.                                   Civil No. 06-cv-442-JD

ACA Assurance and
Henri Bersoux


O R D E R

The parties filed a joint and assented-to motion to stay all proceedings in this case pending resolution of a rehabilitation proceeding involving ACA Assurance. That motion was granted on December 20, 2006, and the case is stayed with a status report due by April 2, 2007.

This case will be administratively closed subject to being reopened at the request of any party.

SO ORDERED.


                                                   /s/Joseph A. DiClerico, Jr.
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

December 29, 2006

cc:   Randall E. Wilbert, Esquire
      Elizabeth A. Bailey, Esquire
      Bruce A. Harwood, Esquire
      Henri Bersoux, pro se
      Andrea K. Johnstone, Esquire
      Lucy C. Hodder, Esquire